UNITED STATES of America,
Plaintiff–Appellee

v.

Pablo Roberto CAMPOS–AIZPURO,
Defendant–Appellant.

No. 04–50756.

United States Court of Appeals,
Fifth Circuit.

Aug. 8, 2005.

Joseph H. Gay, Jr, Assistant U.S. Attorney, U.S. Attorney's Office Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Donna F. Coltharp, Federal Public Defender's Office Western District of Texas, San Antonio, TX, for Defendant–Appellant.

Before KING, Chief Judge, and
DeMOSS and CLEMENT, Circuit Judges.

PER CURIAM: *

IT IS ORDERED that the Appellees unopposed motion to vacate the sentence is granted.

IT IS FURTHER ORDERED that the Appellees unopposed motion to remand the case to District Court for resentencing is granted.

IT IS FURTHER ORDERED that the Appellees alternative unopposed motion to extend time to file the Appellees supplemental brief until fourteen (14) days from

the Courts denial of the Appellees motion to vacate and remand is moot.

---

* Pursuant to 5th Cir. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.